UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1323
_____

UNITED STATES OF AMERICA

v.

MICHAEL BARRETT
a/k/a
MICHAEL BARNETT,
                                    Appellant

---

On Appeal from United States District Court
for the Eastern District of Pennsylvania
(D. C. Civil No. 2-07-cr-00001-002)
District Court Judge: Honorable J. Curtis Joyner

---

Argued: December 9, 2020
_____

Before: McKEE, PORTER and FISHER, *Circuit Judges*

_____

JUDGMENT ORDER
_____

This appeal from an order of the District Court dated December 19, 2018 denying

relief came before this court pursuant to a Certificate of Appealability that was granted on

October 10, 2019 and was argued on December 9, 2020.

Having considered the arguments of counsel, it is hereby ORDERED that the aforementioned Certificate of Appealability was improvidently granted. The appeal is therefore hereby dismissed.

BY THE COURT,

s/ Theodore A. McKee,
Circuit Judge

ATTEST:

s/ Patricia S. Dodszuweit,
Clerk

Dated: January 7, 2021